

NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

*Via ECF*

February 11, 2021

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Reappointment Pursuant to the CJA for
               Compassionate Release Motion for Hector Sanchez
               ***United States v. Sanchez*, 18 Cr. 00390-03 (PAE)**

Dear Judge Engelmayer,

     I represented Hector Sanchez in the above criminal matter before Your Honor several years ago. Mr. Sanchez is still serving a sentence on these charges, and contacted my office seeking my help to assist him in filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). I would respectfully request that Your Honor re-appoint me in this matter.

                                                      Respectfully submitted,
                                                      s/ Lorraine Gauli-Rufo, Esq.
                                                      CJA Attorney

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 529.

2/11/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge