UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>HECTOR SANCHEZ,<br><br>                      Defendant. | 18 Cr. 390-3 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for compassionate release filed on behalf of defendant Hector Sanchez. *See* Dkt. 542. The Government's response to that motion is due by April 1, 2021.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: March 17, 2021
          New York, New York